UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

**CV-09-0124-FVS**

In re:

MT II LLC

Debtor(s)

Case Number: **09-01199-PCW**

Chapter: **11**

ORDER GRANTING STATE OF WASHINGTON'S MOTION TO REMAND TO SUPERIOR COURT

THIS MATTER came on for hearing before the Honorable Patricia C. Williams on June 10, 2009 on a status conference on the State of Washington's Motion to Remand to Superior Court. The Court reviewed the files and records herein, and upon agreement of the parties and was fully advised in the premises.

IT IS HEREBY ORDERED THAT The State of Washington's Motion to Remand to Superior Court is GRANTED upon agreement of the parties.

UNITED STATES BANKRUPTCY COURT
Eastern District of Washington
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file. Beverly A. Benka, Clerk
by: Wendy Jo Jimming, Deputy Clerk
Dated: 6-10-09    Total pages 1

Patricia C. Williams
Bankruptcy Judge

06/10/2009 14:19:16

ORDER GRANTING STATE OF WASHINGTON'S MOTION TO REMAND TO SUPERIOR COURT